1  RUBEN E. CASTILLO  S.B.N. 113694
   MERCED COUNTY COUNSEL
2  JAMES N. FINCHER  S.B.N.  196837
   CHIEF CIVIL LITIGATOR
3  2222 M Street
   Merced, CA  95340
4  TEL:   (209) 385-7564
   FAX:   (209) 726-1337
5

6  Attorney for Merced County Sheriff Mark Pazin,
   and Deputy Sheriffs William Blake, Doug Hays,
7  John McKnight, and Russ Sharrock.

8              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
9

10

11 HELEN WATHAN, JAMES F. WATHAN,         Case No.  1:05-CV-01609-AWI-DLB
   and as surviving heirs of JAMES WATHAN,
12 JR., deceased.
                                          STIPULATION AND PROPOSED
13      Plaintiffs,                       ORDER TO EXTEND TIME FOR
                                          DEFENDANTS TO RESPOND TO
14 vs.                                    PLAINTIFFS' COMPLAINT

15
   MERCED COUNTY SHERIFF, MARK N.         Complaint Filed:  December 09, 2005
16 PAZIN, MERCED COUNTY DEPUTY            First Service: January 26, 2006
   SHERIFF WILLIAM BLAKE, DEPUTY          Scheduling Conference: March 28, 2006
17 DOUG HAYS, DEPUTY JOHN
   MCKNIGHT, AND DEPUTY RUSS
18 SHARROCK, AND DOES 6-100, Inclusive

19
        Defendants.
20

21 TO THE HONORABLE COURT:

22      Plaintiffs,  Helen Wathan and James F. Wathan, and defendants, Merced County

23 Sheriff Mark N. Pazin, and Deputy Sheriffs William Blake, Doug Hays, John McKnight and

24 Russ Sharrock, hereby stipulate, by and through their undersigned counsel of record, to

25 request and hereby request, that this court grant these stipulating defendants until March 16,

26 to serve responsive pleadings to the plaintiffs' complaint. It is further agreed that in

27 furtherance of the Mandatory Scheduling Conference Order that Merced County Counsel

28

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

1

Stipulation and Proposed Order to Extend                    1:05-CV-01609-AWI-DLB
Time for Defendants to File and Serve Response
To Plaintiffs' Complaint

1 shall accept service on behalf of all remaining unserved named defendants, and that the
2 Mandatory Scheduling conference shall be held April 25, 2006 at 9:00 a.m. with the parties to
3 file their joint statement no later than 20 days prior to the conference pursuant to the Court's
4 prior order.

Dated: February 6, 2006                                         RUBEN E. CASTILLO
                                                                MERCED COUNTY COUNSEL


                                                        By: /s/    James N. Fincher
                                                            James N. Fincher,
                                                            Chief Civil Litigator, Attorney
                                                            for defendants, Gordon Spencer,
                                                            Marc Bacciarini, Merle Wayne Hutton
                                                            and County of Merced


Dated: February 6, 2006                                         JOHN V. BELL
                                                                PACIFIC LAW CENTER


                                                        By: /s/    John V. Bell
                                                            Attorney for plaintiffs Helen Wathan and
                                                            James E. Wathan and as surviving heirs
                                                            of James Wathan, Jr., deceased.

## ORDER

The parties having stipulated, and pursuant to the Stipulation hereinabove, defendants, Gordon Spencer, Marc Bacciarini, Merle Wayne Hutton, and County of Merced hereby granted an extension to file and serve responsive pleadings to the plaintiff's complaint until March 16, 2005. The Mandatory Scheduling Conference is hereby continued to April 25, 2006 at 9:00 a.m. in Courtroom 9 (Sixth Floor, 2500 Tulare Street, Fresno, CA), with the parties to file their joint statement no later than 20 days prior to the conference pursuant to the Court's prior order.

IT IS SO ORDERED.

Dated:  February 8, 2006              /s/ Dennis L. Beck
                                      U. S. Magistrate Judge

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

2

Stipulation and Proposed Order to Extend                              1:05-CV-01609-AWI-DLB
Time for Defendants to File and Serve Response
To Plaintiffs' Complaint