# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HELEN WATHAN, et al., | ) | 1:05cv1609 AWI DLB |
| | ) | |
| | ) | |
| Plaintiffs, | ) | ORDER GRANTING DEFENDANTS' |
| | ) | MOTION TO COMPEL DISCOVERY |
| v. | ) | RESPONSES AND REQUEST FOR |
| | ) | SANCTIONS |
| MERCED COUNTY SHERIFF MARK | ) | |
| N. PAZIN, et al., | ) | (Document 18) |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants Merced County Sheriff Mark N. Pazin, Merced County Deputy Sheriff William Blake, Deputy John McKnight and Deputy Russ Sharrock ("Defendants") filed the instant motion to compel discovery responses and for sanctions on August 25, 2006.  Pursuant to Local Rule 78-230(h), the Court deemed the motion proper for determination without oral argument.

## BACKGROUND

Plaintiffs Helen Wathan and James F. Wathan, individually and as surviving heirs of decedent James Wathan, Jr., ("Plaintiffs") filed the instant civil rights complaint on December 9, 2005.  Plaintiffs allege that Defendants violated Decedent's Eighth Amendment rights by using excessive, unreasonable and lethal force when Decedent failed to comply quickly enough with Defendants' orders on the night of April 3, 2005.  Plaintiffs also allege a state law cause of action for negligence.

1

1   Defendants filed the instant motion to compel responses to their First Set of

2   Interrogatories and First Set of Requests for Production of Documents on August 25, 2006.

3   Defendants also seek an award of monetary sanctions.  Plaintiffs have not opposed the motion or

4   otherwise contacted the Court.

5   **DISCUSSION**

6   Federal Rule of Civil Procedure 26(b)(1) provides that a party "may obtain discovery

7   regarding any matter, not privileged, that is relevant to the claim or defense of any party,

8   including the existence, description, nature, custody, condition, and location of any books,

9   documents, or other tangible things and the identity and location of persons having knowledge of

10   any discoverable matter."

11   On June 13, 2006, each of the Defendants served Plaintiffs with their First Set of

12   Interrogatories and Requests for Production of Documents.  The responses were due on July 17,

13   2006, but Defendants granted an extension to August 8, 2006.  After not receiving responses,

14   Defendants' counsel sent a meet and confer letter on August 11, 2006.  Counsel indicated that if

15   Plaintiffs did not respond by August 18, 2006, Defendants would file a motion to compel and

16   seek attorneys' fees.  Plaintiffs have not filed responses or otherwise contacted Defendants.

17   Defendants' motion is therefore GRANTED.  By failing to timely respond, Plaintiffs have

18   waived any objections they may have had to the discovery.  Fed.R.Civ.Proc. 33(b)(4).  Plaintiffs

19   shall file their responses within twenty (20) days of the date of service of this order.

20   Pursuant to Rule 37(a)(4)(A), the Court GRANTS Defendants' request for sanctions in

21   the amount of $264.00.  This amount is payable by Plaintiffs and their attorney of record within

22   twenty (20) days of the date of service of this order.

23   Failure to comply with this order may result in additional sanctions, including dismissal.

24

25   IT IS SO ORDERED.

26   **Dated:     October 10, 2006**                    **/s/ Dennis L. Beck**

27   3b142a                                     UNITED STATES MAGISTRATE JUDGE

28