1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HELEN WATHAN, JAMES F. WATHAN, and as surviving heirs of JAMES WATHAN, JR., deceased,** )<br>)<br>)<br>**Plaintiffs**, )<br>)<br>**v.** )<br>)<br>**MERCED COUNTY SHERIFF, MARK** )<br>**N. PAZIN, MERCED COUNTY** )<br>**DEPUTY SHERIFFS WILLIAM** )<br>**BLAKE, JOHN McKNIGHT, and RUSS** )<br>**SHARROCK, AND DOES 6-100,** )<br>**Inclusive,** )<br>)<br>**Defendants.** )<br>_____ ) | **CV F 05-1609 AWI DLB**<br><br>**ORDER VACATING HEARING DATE OF DECEMBER 18, 2006, AND TAKING MATTER UNDER SUBMISSION**<br><br>Doc. # 25 |

In this civil rights action, defendants Merced County Sheriff, et al. have move to dismiss plaintiffs Helen and James Wathan's claims for failure to cooperate in discovery pursuant to Rule 37(b)(2)(C) of the Federal Rules of Civil Procedure, or pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The matter was scheduled for oral argument to be held on December 18, 2006. The Court has reviewed Plaintiffs' motion. Opposition, which was due not later than December 11, 2006, was not filed as of that date and consequently the motion may not be opposed at oral argument. Local Rule 78-230(b). The court has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 18, 2006, is VACATED, and no party shall appear at that time.  As of December 18, 2006, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**   **December 13, 2006**         /s/ **Anthony W. Ishii**
h2ehf                                            UNITED STATES DISTRICT JUDGE

2