1  James J. Arendt, Esq.         Bar No. 142937
   Michael R. Linden, Esq.       Bar No. 192485
2
   THE LAW FIRM OF
3  WEAKLEY, RATLIFF,
   ARENDT & McGUIRE, LLP
4  1630 East Shaw Avenue, Suite 176
   Fresno, California   93710
5
   Telephone: (559) 221-5256
6  Facsimile:  (559) 221-5262

7  Attorneys for Defendants, Sheriff Mark Pazin, Undersheriff William Blake,
   and Deputies Doug Hays, John McKnight and Russ Sharrock
8

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11

12  HELEN WATHAN, JAMES F. WATHAN, ) CASE NO.  1:05-CV-01609 AWI DLB
    and as surviving heirs of JAMES WATHAN, )
    JR., deceased.                          )
13                                          ) **STIPULATION AND ORDER**
                                            )
14              Plaintiffs,                 ) Complaint Filed: December 9, 2005
                                            ) Trial Date:   June 19, 2007
15        vs.                               )
                                            )
16  MERCED COUNTY SHERIFF, MARK N.          )
    PAZIN, MERCED COUNTY DEPUTY             )
17  SHERIFF WILLIAM BLAKE, DEPUTY           )
    JOHN MCKNIGHT, AND DEPUTY RUSS          )
18  SHARROCK, AND DOES 6-100, Inclusive     )
                                            )
19              Defendants.                 )
                                            )
20  _____ )

21

22       THE PARTIES, through their respective counsel, have stipulated to extend the following

23  deadlines for defendants only:

24                                      **Current Date**        **New Date**

25       Discovery Deadline             January 31, 2007        March 30, 2007

26       Non-Dispositive Motion Filing  February 2, 2007        April 13, 2007

27  ///

28  ///

---

Stipulation and Order to Modify Scheduling Order

| | | |
|---|---|---|
| Dispositive Motion Filing | March 2, 2007 | April 27, 2007 |

Respectfully submitted,

DATED: January 17, 2007

                        WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

        By:    /s/   James J. Arendt
                James J. Arendt
                Attorneys of Defendants, Sheriff Mark Pazin, Undersheriff William Blake, and Deputies Doug Hays, John McKnight and Russ Sharrock

DATED: January 17, 2007

                        PACIFIC LAW CENTER

        By:    /s/   John V. Bell
                John V. Bell
                Attorney for Plaintiffs, Helen Wathan and James F. Wathan

**ORDER**

IT IS SO ORDERED.

    **Dated:**  **January 23, 2007**            **/s/ Dennis L. Beck**
3b142a                                      UNITED STATES MAGISTRATE JUDGE