James J. Arendt, Esq.          Bar No. 142937
Michael R. Linden, Esq.        Bar No. 192485

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, Sheriff Mark Pazin, Undersheriff William Blake, and Deputies Doug Hays, Jon McKnight and Russ Sharrock

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN WATHAN, JAMES F. WATHAN, and as surviving heirs of JAMES WATHAN, JR., deceased.<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>MERCED COUNTY SHERIFF, MARK N. PAZIN, MERCED COUNTY DEPUTY SHERIFF WILLIAM BLAKE, DEPUTY JOHN MCKNIGHT, AND DEPUTY RUSS SHARROCK, AND DOES 6-100, Inclusive<br><br>　　　　Defendants.<br>_____ | CASE NO.  1:05-CV-01609 AWI DLB<br><br>**STIPULATION AND ORDER**<br><br>Complaint Filed: December 9, 2005<br>Trial Date:   June 19, 2007 |

WHEREAS, plaintiffs have identified as witnesses to the above-entitled action, Wendy Wathan, Felicia Wathan and Angelina Brown, all of whom currently reside in the State of Texas.

IT IS HEREBY STIPULATED, by, among and between the parties hereto through their counsel of record, that should any of these witnesses come to California at some time prior to trial, or at the time of trial, the parties may, at that time, take the depositions of these witnesses at a

///

///

///

Stipulation and Order

mutually agreeable date and time.

Respectfully submitted,

DATED: March 21, 2007

               WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:    /s/   James J. Arendt
James J. Arendt
Attorneys of Defendants, Sheriff Mark Pazin, Undersheriff William Blake, and Deputies Doug Hays, Jon McKnight and Russ Sharrock

DATED: March 21, 2007

PACIFIC LAW CENTER

By:    /s/   John V. Bell
John V. Bell
Attorney for Plaintiffs, Helen Wathan and James F. Wathan

**ORDER**

IT IS SO ORDERED.

    **Dated:**   **March 22, 2007**          /s/ **Dennis L. Beck**
3b142a                                                  UNITED STATES MAGISTRATE JUDGE

Stipulation and Order        2