**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HELEN WATHAN, JAMES F. WATHAN, and as surviving heirs of JAMES WATHAN, JR., deceased,**<br><br>    **Plaintiffs**,<br><br>    v.<br><br>**MERCED COUNTY SHERIFF, MARK N. PAZIN, MERCED COUNTY DEPUTY SHERIFFS WILLIAM BLAKE, JOHN McKNIGHT, and RUSS SHARROCK, AND DOES 6-100, Inclusive,**<br><br>    **Defendants.** | **CV F 05-1609 AWI DLB**<br><br>**ORDER VACATING TRIAL DATE OF JUNE 19, 2007, AND PRETRIAL CONFERENCE DATE OF MAY 4, 2007, PENDING DECISION ON PLAINTIFFS' MOTION TO AMEND THE COMPLAINT** |

The court's docket in this case indicates the pendency of a motion by plaintiff James Wathan, et al. to amend the complaint. The court also notes the court's prior scheduling order set the pretrial conference for May 4, 2007, and the trial for June 19, 2007. The court finds the pending motion to amend creates a potential conflict with the existing scheduling order. To resolve the conflict, the June 19 trial date and the May 4 pretrial conference date will be vacated pending the outcome of the motion to amend.

THEREFORE, it is hereby ORDERED that the current trial date of June 19, 2007, and the current date for pretrial conference of May 4, 2007, are hereby VACATED, and no

party shall appear at those times.  A further scheduling order will issue following the court's decision on Plaintiffs' pending motion to amend the complaint.

IT IS SO ORDERED.

**Dated:   April 26, 2007**                             /s/ Anthony W. Ishii
                                                                    UNITED STATES DISTRICT JUDGE

2