**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HELEN WATHAN, JAMES F. WATHAN, and as surviving heirs of JAMES WATHAN, JR., deceased,** )<br>)<br>**Plaintiffs**, )<br>)<br>v. )<br>)<br>**MERCED COUNTY SHERIFF, MARK N. PAZIN, MERCED COUNTY DEPUTY SHERIFFS WILLIAM BLAKE, JOHN McKNIGHT, and RUSS SHARROCK, AND DOES 6-100, Inclusive,** )<br>)<br>**Defendants.** )<br>_____ ) | **CV F 05-1609 AWI DLB**<br><br>**ORDER VACATING HEARING DATE OF JUNE 4, 2007, AND TAKING MATTER UNDER SUBMISSION**<br><br>Doc. # 25 |

In this civil rights action, defendants Merced County Sheriff Mark N. Pazin, and Deputy County Sheriff William Blake ("Defendants") have moved for summary judgment as to claims against them. The matter was scheduled for oral argument to be held on June 4, 2007. The Court has reviewed Defendants motion and the opposition of plaintiffs Helen and James F. Wathan ("Plaintiffs"). The court is advised that a hearing before the Magistrate Judge on Plaintiffs' motion to amend the complaint is pending and should be concluded by or on the date scheduled for the hearing on Defendants motion for summary judgment. While the court understands the Magistrate Judge's decision may possibly have the effect of mooting Defendants' motion for summary judgment, the court has nonetheless determined

that the Defendants motion for summary judgment is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 4, 2007, is VACATED, and no party shall appear at that time.  As of June 4, 2007, the Court will take the matter under submission, and will thereafter issue its decision, taking into account the Magistrate Judge's order.

IT IS SO ORDERED.

**Dated:     May 25, 2007**                           /s/ Anthony W. Ishii
                                                      UNITED STATES DISTRICT JUDGE

2