# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HELEN WATHAN, et al., | ) | 1:05cv1609 AWI DLB |
| | ) | |
| | ) | |
| Plaintiffs, | ) | FINDINGS AND RECOMMENDATION STRIKING PLAINTIFF'S FIRST AMENDED COMPLAINT |
| v. | ) | |
| | ) | (Document 77) |
| MERCED COUNTY SHERIFF MARK N. PAZIN, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiffs Helen and James Wathan ("Plaintiffs") filed the instant action on December 9, 2005. Defendants filed their answer on March 16, 2006.

On April 5, 2007, Plaintiffs filed a motion for leave to file an amended complaint. Plaintiffs amended the motion on April 23, 2007. On May 25, 2007, the Court removed the motion from its calendar subject to the motion being re-noticed.

On June 8, 2007, the Court granted Defendants' motion for summary judgment and dismissed Defendants Deputy Sheriff William Blake and Mark N. Pazin from the action.

Plaintiffs filed a first amended complaint on June 21, 2007. However, Plaintiffs did not obtain leave of court or a stipulation to do so. The amended complaint is therefore in violation of Federal Rule of Civil Procedure 15(a), and should be stricken.

**RECOMMENDATION**

Accordingly, the Court RECOMMENDS that Plaintiffs' June 21, 2007, amended complaint be STRICKEN.

These Findings and Recommendations are submitted to the Honorable Anthony W. Ishii, United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within thirty (30) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Replies to the objections shall be served and filed within ten (10) court days (plus three days if served by mail) after service of the objections.  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   June 26, 2007           /s/ Dennis L. Beck
                                 UNITED STATES MAGISTRATE JUDGE