# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HELEN WATHAN, et al., | ) | 1:05cv1609 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND STRIKING FIRST AMENDED COMPLAINT |
| v. | ) | |
| | ) | (Document 79) |
| MERCED COUNTY SHERIFF MARK N. PAZIN, et al., | ) | |
| Defendants. | ) | |

On June 26, 2007, the Magistrate Judge issued Findings and Recommendation recommending that Plaintiffs' First Amended Complaint filed on June 21, 2007, be STRICKEN. The Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued June 26, 2007, are ADOPTED IN FULL; and

2. Plaintiffs' First Amended Complaint is STRICKEN.

IT IS SO ORDERED.

**Dated:   September 18, 2007**               /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE