# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN WATHAN, et al., ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MERCED COUNTY SHERIFF MARK ) <br> N. PAZIN, et al., ) <br> ) <br> ) <br> ) <br> ) <br> Defendants. ) <br> _____ ) | 1:05cv1609 AWI DLB <br><br> ORDER DENYING COUNSEL'S <br> MOTION TO WITHDRAW <br> (Document 94) <br><br> ORDER VACATING PRE-TRIAL <br> CONFERENCE AND TRIAL DATES <br><br> ORDER SETTING FURTHER <br> STATUS CONFERENCE <br> Date:  October 29, 2008 <br> Time:  9:00 a.m., Courtroom 9 |

Plaintiff's counsel, James D. Hoey, III, of Hoey & Morgan, LLP, filed the instant motion to withdraw as counsel for Plaintiffs Helen and James Wathan ("Plaintiffs") on August 7, 2008. The matter was heard on September 26, 2008, before the Honorable Dennis L. Beck, United States Magistrate Judge.  Mr. Hoey and Plaintiffs appeared.  Michael R. Linden appeared on behalf of Defendants, although he did not oppose the motion.

**DISCUSSION**

This action, filed in December 2005, has a somewhat complex procedural history with which all parties are well acquainted.  For purposes of this motion, suffice it to say that prior to Mr. Hoey's involvement, Plaintiffs were represented by two other attorneys who have since ended their relationship with the law firms involved.  Mr. Hoey associated in as counsel on May 7, 2008, so that he could participate in the May 14, 2008, status conference.

1    The pre-trial conference is currently set for November 21, 2008, and trial is set for
2 January 13, 2009.
3    Mr. Hoey's motion to withdraw is based mainly on his inability to communicate with his
4 clients. In his motion, he explains that he has attempted to contact Plaintiffs by phone and mail
5 since April 2008, but has been unable to do so.
6    However, at the hearing, Mr. Hoey indicated that he has been in recent contact with
7 Plaintiffs. Although he discussed this motion with Plaintiffs, they objected to his withdrawal at
8 the hearing.
9    After hearing Mr. Hoey's concerns and in light of his recent communications with
10 Plaintiffs, the Court finds that grounds do not exist to permit his withdrawal at this late stage in
11 the proceeding. Therefore, Mr. Hoey's motion to withdraw is DENIED.
12    As Mr. Hoey is relatively new to this action, the Court VACATES all previously set
13 dates, including the pre-trial conference and trial.
14    A further status conference is SET for October 29, 2008, at 9:00 a.m., in Courtroom 9.
15 The parties SHALL file a joint statement no later than the Friday before the conference.

17    IT IS SO ORDERED.
18    Dated:   **September 26, 2008**              **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

2