1  James J. Arendt, Esq.          Bar No. 142937
   Michael R. Linden, Esq.        Bar No. 192485
2
   WEAKLEY, ARENDT & McGUIRE, LLP
3      1630 East Shaw Avenue, Suite 176
          Fresno, California  93710
4        Telephone: (559) 221-5256
         Facsimile:  (559) 221-5262
5
   Attorneys for Defendants, DOUG HAYS,
6  JON McKNIGHT and RUSS SHARROCK

7
                       UNITED STATES DISTRICT COURT
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10 HELEN WATHAN, JAMES F. WATHAN,     ) CASE NO.  1:05-CV-01609 AWI  DLB
   and as surviving heirs of JAMES WATHAN, )
11 JR., deceased.                     )
                                      ) **STIPULATION FOR MODIFICATION OF**
12            Plaintiffs,             ) **SCHEDULING ORDER AS TO PRETRIAL**
                                      ) **DATE AND TRIAL DATE; ORDER**
13            vs.                     )
                                      )
14                                    )
   MERCED COUNTY SHERIFF, MARK N.     )
15 PAZIN, MERCED COUNTY DEPUTY        )
   SHERIFF WILLIAM BLAKE, DEPUTY      )
16 JOHN MCKNIGHT, AND DEPUTY RUSS     )
   SHARROCK, AND DOES 6-100, Inclusive )
17                                    )
              Defendants.            ) Complaint Filed: 12/09/05
18                                    ) Trial Date:  03/17/09
   _____ )
19
         The parties, by and through their counsel of record, stipulate that the trial date in this matter
20
   be continued from March 17, 2009, to **May 27, 2009**, and the pretrial date of February 6, 2009, be
21
   continued to **April 15, 2009**.
22
         The parties agree that this stipulation may be signed in counterpart.
23

24 DATED: February 12, 2009                    THE HOEY LAW FIRM

25

26                                   By:    /s/ James D. Hoey
                                            James D. Hoey, III
27                                          Counsel for Plaintiffs

28

_____
Stipulation to Continue Trial and Pretrial Conference

1

2  DATED: February 12, 2009              WEAKLEY, ARENDT & McGUIRE, LLP

3

4                                By:    /s/ James J. Arendt
                                       James J. Arendt
5                                      Counsel for Defendants

6

7                                    **ORDER**

8       The parties having stipulated thereto and good cause appearing therefor, IT IS HEREBY

9  ORDERED that the trial date in this matter be continued from March 17, 2009, to May 27, 2009,

10  at 9:00 a.m., in Courtroom 2 of the above-entitled court, and the Pretrial Conference is continued

11  to April 15, 2009, at 8:30 a.m. in Courtroom 2.

12
                                     **ORDER**
13
   IT IS SO ORDERED.
14
   **Dated:    February 13, 2009            /s/ Anthony W. Ishii**
15                                  CHIEF UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28