1  James J. Arendt, Esq.    Bar No. 142937
   Michael R. Linden, Esq.  Bar No. 192485
2
   WEAKLEY, ARENDT & McGUIRE, LLP
3       1630 East Shaw Avenue, Suite 176
            Fresno, California  93710
4           Telephone: (559) 221-5256
            Facsimile:  (559) 221-5262
5
   Attorneys for Defendants, DOUG HAYS,
6  JON McKNIGHT and RUSS SHARROCK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HELEN WATHAN, JAMES F. WATHAN, and as surviving heirs of JAMES WATHAN, JR., deceased.<br><br>Plaintiffs,<br><br>vs.<br><br>MERCED COUNTY SHERIFF, MARK N. PAZIN, MERCED COUNTY DEPUTY SHERIFF WILLIAM BLAKE, DEPUTY JOHN MCKNIGHT, AND DEPUTY RUSS SHARROCK, AND DOES 6-100, Inclusive<br><br>Defendants. | CASE NO. 1:05-CV-01609 AWI DLB<br><br>**STIPULATION FOR MODIFICATION OF SCHEDULING ORDER AS TO PRETRIAL CONFERENCE DATE; ORDER**<br><br><br><br><br><br>Complaint Filed: 12/09/05<br>Trial Date: May 27, 2009 |

The parties, by and through their counsel of record, stipulate that the pretrial conference date of April 15, 2009, be moved to **April 13, 2009**.

The parties agree that this stipulation may be signed in counterpart.

DATED: March 24, 2009                              THE HOEY LAW FIRM


                                    By:   /s/ James D. Hoey
                                          James D. Hoey, III
                                          Counsel for Plaintiffs

---
Stipulation to Continue  Pretrial Conference

DATED: March 24, 2009                    WEAKLEY, ARENDT & McGUIRE, LLP

                                         By:    /s/ James J. Arendt
                                                James J. Arendt
                                                Counsel for Defendants

## **ORDER**

The parties having stipulated thereto and good cause appearing therefor, IT IS HEREBY ORDERED that the Pretrial Conference is moved to April 13, 2009, at 2:00 p.m. in Courtroom 2.

IT IS SO ORDERED.

**Dated:   March 25, 2009**                      **/s/ Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE