# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN WATHAN, JAMES F. WATHAN, and as surviving heirs of JAMES WATHAN, JR., deceased.<br><br>Plaintiffs,<br>vs.<br><br>MERCED COUNTY SHERIFF DEPUTY JOHN MCKNIGHT, DEPUTY DOUG HAYS, AND DEPUTY RUSS SHARROCK,<br><br>Defendants._____/ | CASE NO. CV F 05-1609 LJO DLB<br><br>**JUDGMENT** |

JURY VERDICT: This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its Special Verdict on June 10, 2009.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in accordance with the Special Verdict in favor of plaintiff the Estate of James Wathan, Jr. and against Defendants Sergeant Jon McKnight, Deputy Russ Sharrock, and Deputy Doug Hays, in the amount of $1.00.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in accordance with the Special Verdict in favor of plaintiffs James Wathan, Sr. and Helen Wathan and against Defendant Sergeant Jon McKnight in the amount of $300,000.00.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in accordance with the Special Verdict in favor of plaintiffs James Wathan, Sr. and Helen Wathan and against Defendant Deputy Russ Sharrock in the amount of $300,000.00.

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in
2  accordance with the Special Verdict in favor of plaintiffs James Wathan, Sr. and Helen Wathan and
3  against Defendant Deputy Doug Hays in the amount of $300,000.00.
4  IT IS SO ORDERED.
5  IT IS SO ORDERED.
6  **Dated:   June 11, 2009**                          **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE