1  James J. Arendt, Esq.          Bar No. 142937
   Michael R. Linden, Esq.        Bar No. 192485
2
   WEAKLEY, ARENDT & McGUIRE, LLP
3          1630 East Shaw Avenue, Suite 176
              Fresno, California   93710
4            Telephone: (559) 221-5256
             Facsimile:  (559) 221-5262
5
   Attorneys for Defendants, DOUG HAYS,
6  JON McKNIGHT and RUSS SHARROCK

7

8                    **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10

11 HELEN WATHAN, JAMES F. WATHAN,      ) CASE NO.  1:05-CV-01609 LJO  DLB
   and as surviving heirs of JAMES WATHAN, )
12 JR., deceased.                      )
                                       )
13            Plaintiffs               )
                                       )  **STIPULATED DISMISSAL AND ORDER**
14            v.                       )
                                       )
15                                     )
   DEPUTY JON MCKNIGHT,  DEPUTY        )
16 RUSS SHARROCK, and DEPUTY DOUG      )
   HAYS,                               )
17                                     )
              Defendants               )
18                                     )
                                       )
19 _____ )

20        Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action,

21 Plaintiff Helen Wathan and James F. Wathan, on behalf of themselves and on behalf of the Estate

22 of James Wathan, Jr. (hereinafter referred to as "Plaintiffs"), and defendants Jon McKnight, Russ

23 Sharrock and Doug Hays (hereinafter referred to as "Defendants"), through their respective

24 attorneys of record, hereby stipulate and agree that the above captioned action be dismissed in its

25 entirety, with prejudice, all parties to bear their own costs and attorney's fees.

26 ///

27 ///

28 ///

_____
Stipulated Dismissal and Order

1

2

DATED: September 24, 2009

3

WEAKLEY, ARENDT & McGUIRE, LLP

4

5                          By:      /s/   James J.  Arendt
                                    James J. Arendt
6                                   Attorneys for Defendants

7

DATED: September 24, 2009

8

THE HOEY LAW FIRM

9

10                         By:      /s/   Jim Hoey
                                    Jim Hoey
11                                  Attorney for Plaintiffs

12          Pursuant to Rule 7-131(e) of the Local Rules of the United States District Court for the

13   Eastern District of California, I certify that the content of this document is acceptable to counsel for

14   the Plaintiffs and that I have obtained authorization from James Hoey to affix his electronic

15   signature to this document.

16

17   DATED: September 24, 2009

18                                  WEAKLEY, ARENDT & McGUIRE, LLP

19
                            By:      /s/   James J.  Arendt
20                                  James J. Arendt
                                    Attorneys for Defendants
21

22
                                    **ORDER**
23

24   IT IS SO ORDERED.

25   **Dated:    September 28, 2009**              **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE
26

27

28

---
Stipulated Dismissal and Order                    2