FILED

SEP 30 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HELEN WATHAN; et al., | No. 09-16450 |
| Plaintiffs - Appellees, | D.C. No. 1:05-cv-01609-LJO-DLB<br>Eastern District of California,<br>Fresno |
| v. | |
| DOUG HAYS, DEPUTY; et al., | ORDER |
| Defendants - Appellants. | |

Appellants' motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

The parties shall bear their own costs on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator

RGA/Mediation